# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NICKEY LEE POUND, SR.,

        Petitioner,  :        Case No. 3:13-cv-083

- vs -                         District Judge Walter Herbert Rice
                                   Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
Institution,

        Respondent.  :

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (Doc. No. 4) to the Magistrate Judge's Report and Recommendations (Doc. No. 2).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

May 30, 2013.

                                                                  Walter Herbert Rice
                                                              United States District Judge